IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS



FILED

APR 2 2 2024

Clerk, U.S. District Court
Eastern District of Texas

| | |
|---|---|
| TROY ANTHONY SMOCKS<br>*Plaintiff*<br><br>Vs.<br><br>THE UNITED STATES OF AMERICA<br>*Defendant* | )<br>)<br>) Case No. 4:22-cv-01028-ALM<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO TEMPORARILY PROCEED AS A PRO SE LITIGANT IN LIEU OF DEATH OF ATTORNEY

COME now, the Plaintiff in this case respectfully and for good cause moves this Court for an Order, allowing that the Troy Anthony Smocks be granted leave to litigate in the instant case as a pro se litigant until such a time that new counsel may be obtained. I support thereof Plaintiff informs the Court that Plaintiff's attorney of record in this case, Mark Joel Lieberman died on March 5, 2024. Mr. Lieberman was a sole practitioner and therefore Plaintiff is diligently seeking new counsel to carry on the prosecution of the instant case.

Plaintiff would further seek leave of the Court to access the Court's Electronic Filing System (PACER) until such a time where Plaintiff has acquired new counsel and counsel's formal Entry of Appearance has been made to the Court.

### PRAYER

WHEREFORE, Plaintiff prays that the Court enter its Order granting Plaintiff leave to proceed pro se, in addition to provisional access to the Court's Electronic Filing System (PACER).

Respectfully submitted,

_____
Troy A. Smocks
1624 Medina Lane
Prosper, Texas 75078
(940) 594-0639
tasmocks@outlook.com

CERTIFICATE OF SERVICE

I certify that I have on April 22, 2024 that I mailed via First Class United States Mail, a true and complete copy of this pleading to:

James G. Gillingham
Assistant United States Attorney
Eastern District of Texas
110 N. College Street
Tyler, Texas 75702
James.gillingham@usdoj.gov
Attorney of record for Defendant the United States of America

Respectfully submitted,

_____
Troy A. Smocks