# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| TROY ANTHONY SMOCKS, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:22-cv-01028 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 31, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #63) that Plaintiff Troy Smocks's Motion for Relief from a Judgment or Order (Dkt. #61) be denied. On August 7, 2025, Plaintiff filed Objections (Dkts. #64, 65) to the Report. On August 21, 2025, Defendant filed a Response in Opposition to Plaintiff's Objections (Dkt. #67), and on August 27, 2025, Plaintiff filed a Reply (Dkt. #68).

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkts. #64, 65) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Motion for Relief from a Judgment or Order (Dkt. #61) is hereby **DENIED.**

**IT IS SO ORDERED.**

**SIGNED this 17th day of September, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE